

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

D C. MANN
GENERAL

February 13, 1939

Hon. J. E. Whitmore
Livestock Sanitary Commission
304 W. T. Waggoner Building
Fort Worth, Texas

Dear Mr. Whitmore:

> Opinion No. 0-230
> Re: Whether funds derived from re-
> gistration fees of $1.00 paid
> in compliance with Art. 7461
> is limited in any manner by
> Art. 7456.

Your request for an opinion as to whether funds derived from registration fees of $1.00 paid in compliance with Article 7461 is limited in any manner by Article 7456 has been received by this Department.

Article 7456, Revised Civil Statutes, limits the purpose for which the various fees collected under the statute relating to Veterinary, Medicine & Surgery may be expended. This article provides that the funds may first be applied to the necessary expenses of the Board and the remaining fund shall be applied to compensating the members at $10.00 per day.

Article 7458 of the Revised Civil Statutes provides that:

> "The several district and county attor-
> neys of this State shall file and prosecute
> appropriate proceedings in the name of the
> State for violations thereof on request of
> any member of said Board."

This article makes the prosecutions of viola-
tions of the Veterinary Medical Practice Act the express

duty of the various county and district attorneys of this state.

Article 7461 relates to the renewal of licenses and in the event the license is not renewed within sixty days after expiration, the applicant must then take the examination as required by the Board. In that event, the examination fee would be controlled by Article 7456 and it is our opinion that the expenditure of the $1.00 license fee is controlled by the purposes prescribed in Article 7456.

It is the opinion of this Department that you would not have authority to expend funds collected from renewal of licenses to make investigations, file charges and make prosecutions for violation of the Veterinary Medical Practice Act.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By　Morris Hodges
　　　Assistant

MH:AW

APPROVED:

ATTORNEY GENERAL OF TEXAS